Vacated and Remanded and Memorandum Opinion filed February 19, 2009








Vacated and
Remanded and Memorandum Opinion filed February 19, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00852-CV

____________

 

KINSEL INDUSTRIES, INC., Appellant

 

V.

 

MAIN LANE INDUSTRIES, LTD., Appellee

 



 

On Appeal from the
280th District Court

Harris County,
Texas

Trial Court Cause
No. 2006-74649

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 13, 2008.  On February 6, 2009, the
parties filed a joint motion to set aside or vacate the judgment and remand the
cause to the trial court for rendition of judgment in accordance with the
parties= settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
we vacate the judgment signed June 13, 2008, and we remand the cause to the
trial court for rendition of judgment in accordance with the parties= agreement.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.